# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Nigel Garrett (1)<br>Anthony Shelton (2)<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)          4:17MJ56<br>)<br>)<br>) |

**FILED**
JAN 10 2017
Clerk, U.S. District Court
Texas Eastern

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 31 and February 7, 2017  in the county of  Collin and Denton  in the
  Eastern  District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Carjacking |
| 18 U.S.C. § 249(2)(A) | Hate Crime Acts |
| 18 U.S.C. § 924(c) | Possession of a Firearm |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Selwyn DeLoach
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   02/10/2017

_____
*Judge's signature*

City and state:      Plano, Texas          Kimberly C Priest Johnson, US Magistrate Judge
*Printed name and title*